UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ERNEST BROWN,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 266 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

A conference in this matter will take place on **June 8, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 19, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge