UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ERNEST BROWN, | 22 Cr. 266 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record at today's conference, briefing on Defendant Ernest Brown's anticipated motion to suppress will proceed on the following schedule:

(1) Defendant's motion and supporting papers are due by **July 22, 2022**;

(2) the Government's opposition is due by **August 22, 2022**;

(3) Defendant's reply, if any, is due by **September 6, 2022**.

Dated: New York, New York
       June 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge