UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ERNEST BROWN,<br><br>      Defendant. | **ORDER**<br><br>22 Cr. 266 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   This Court will conduct a hearing on the Defendant's bail application on **October 14, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    October 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge