UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERNEST BROWN,

                    Defendant.

**ORDER**

22 Cr. 266 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defense counsel informed the Court on October 11, 2022, that the Defendant was diagnosed with COVID-19 and will be quarantined for a period of 14 days. (Dkt. No. 22) Accordingly, the hearing on the Defendant's bail application (Dkt. No. 12), previously scheduled for October 14, 2022, is adjourned to **October 31, 2022, at 1:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        At that time, the Court will also conduct a hearing on the Defendant's suppression motion pending at Docket Number 11.

Dated: New York, New York
       October 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge