UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERNEST BROWN,

                       Defendant.

**ORDER**

22 Cr. 266 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's hearing concerning the Defendant's motion to suppress, supplemental briefing will proceed on the following schedule:

(1)     Defendant's supplemental briefing is due on **November 21, 2022**;

(2)     the Government's response is due on **December 9, 2022**;

(3)     Defendant's reply, if any, is due on **December 16, 2022**.

Dated: New York, New York
          November 9, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge