UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ERNEST BROWN,

                Defendant.

**ORDER**

22 Cr. 266 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference on **January 17, 2023, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge