UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ERNEST BROWN,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br>22 Cr. 266 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　For the reasons stated today in open court, it is hereby ORDERED that the Defendant's request for pretrial release is denied and the Defendant will be detained pending trial.

　　　　The defense will submit a letter updating the Court on the status and future of this case by January 24, 2023.

Dated:　New York, New York
　　　　　January 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge